# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

May 28, 2026

Lyle W. Cayce
Clerk

No. 26-50349

RUBEN DAVID CANIZALEZ-ARIAS,

*Petitioner—Appellee*,

*versus*

TODD WALLACE BLANCHE, *Acting U.S. Attorney General*; TODD LYONS, *in his official capacity as Acting Director of Immigration and Customs Enforcement*; MARKWAYNE MULLIN, *Secretary, U.S. Department of Homeland Security*; SYLVESTER M. ORTEGA, *in his official capacity as San Antonio Acting Field Office Director for Detention and Removal*,

*Respondents—Appellants*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:26-CV-451

CLERK'S OFFICE:

Under FED. R. APP. P. 42(B), the appeal is dismissed as of May 28, 2026, pursuant to appellants' motion.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

*Lisa E. Ferrara*

By: _____

No. 26-50349

Lisa E. Ferrara, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT